Joseph D. Glazer
THE LAW OFFICE OF JOSEPH D. GLAZER, P.C.
116 Village Boulevard, Suite 200
Princeton, New Jersey 08540
Telephone: (609) 951-2262
Facsimile: (609) 951-2263
jdg@jdglazerlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE LAW OFFICE OF JOSEPH D. GLAZER, P.C., | ) <br> ) Civil Action No. 1:15-cv-423 (RJL) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) **VOLUNTARY DISMISSAL** <br> ) **PURSUANT TO FED. R.** <br> ) **CIV. PROC. 41(a)(1)(A)(i)** |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES and CENTERS FOR MEDICARE AND MEDICAID SERVICES, | ) <br> ) <br> ) <br> ) |
| Defendants. | |

The plaintiff hereby voluntarily dismisses this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: April 30, 2015                    Respectfully submitted,

                                          THE LAW OFFICE OF JOSEPH D. GLAZER, P.C.

                                          By: /s/  Joseph D. Glazer
                                          Joseph D. Glazer
                                          Attorney for Plaintiff